# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joseph D'Angelo,

            Plaintiff,

v.

Bank of Dene, et al.,

            Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00073-RFB-VCF

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Joseph D'Angelo, and against Defendant, Bank of Dene.

7/5/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk